# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) Case No. 09-0348-01-CR-W-FJG | |
| Eric W. Quinn, | ) | |
| Defendant. | ) | |

## ORDER

Defendant appeared before this Court on January 5, 2010, for a change of plea hearing. At that hearing, issues regarding defendant's mental health were discussed. As a consequence, this matter was referred back to United States Magistrate Judge Sarah W. Hays for entry of order regarding mental examination and other pretrial processing (Doc. #27, January 8, 2010).

Following defendant's examination at the Metropolitan Correctional Center, a forensic report was filed by Michelle Hoy-Watkins, Psy.D. and Jason Dana, Psy.D. (Doc. #29, April 21, 2010). Hearing regarding defendant's mental competency was held by United States Magistrate Hays on April 26, 2010, at which time the parties stipulated to the filed forensic report (Doc. #29). Judge Hays consequently issued a report and recommendation finding that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense, and that he is competent to stand trial (Doc. #32, April 27, 2010). No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 05/17/10
Kansas City, Missouri